# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SANDRA LEE LICCIARDELLO, an individual, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   Case No. 14-CV-154-GKF-TLW<br>) |
| CARL E. REICHEL, an individual, and STATE FARM INSURANCE COMPANY, a Corporation, | )<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby jointly stipulate to the dismissal with prejudice of all Defendants and all claims. Plaintiff's counsel has authorized counsel for Defendant to electronically file this Stipulation on behalf of all the parties.

Respectfully submitted,

**ATKINSON, HASKINS, NELLIS,**
**BRITTINGHAM, GLADD & FIASCO**
A PROFESSIONAL CORPORATION

  /s/ Andrew C. Jayne
John S. Gladd, OBA #12307
Andrew C. Jayne, OBA #19493
525 South Main, Suite 1500
Tulsa, OK  74103-4524
Attorney for Defendant

 /s/ Trevor R. Henson
Lee I. Levinson, OBA #5395
Terence P. Brennan, OBA #10036
Trevor R. Henson, OBA #30104
Levinson, Smith & Huffman, P.C.
1743 E. 71st Street
Tulsa, Oklahoma 74136
Attorneys for Plaintiff

S:\Files\416\245\stip dismissal-cac.wpd